UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-CR-00241-LRH-VPC |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| JAMES B. ZIMMERMAN, | ) ) | |
| Defendant. | ) | |

The Court hereby orders the $1,647 in cash currently in custody of the Reno Police Department, which was recovered from the room of Defendant ZIMMERMAN at the time of arrest, be returned to the Clerk of the Court to be dispersed in accordance with the restitution order.

Dated this 18th day of April, 2008.

*[signature]*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1