UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:05-cr-00241-LRH (VPC) |
| Plaintiff, ) | 3:08-cv-00203-LRH (VPC) |
| ) | |
| vs. ) | <u>ORDER</u> |
| ) | |
| JAMES BRETT ZIMMERMAN, ) | |
| ) | |
| Defendant. ) | |

Defendant having filed a Motion Under U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#46), and pursuant to Rule 5 of Section 2255 Proceedings,

IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government within 30 days of entry of this Order. The matter will then be submitted to the Court for decision.

IT IS SO ORDERED.

DATED this 30th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE