UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES BRETT ZIMMERMAN<br><br>        Defendant. | 3:05-CR-241-LRH-VPC |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#43) on May 10, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $9,211.00

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $10,199.00

Name of Payee: US BANK
Amount of Restitution: $7,058.00

**Total Amount of Restitution ordered:** $26,468.00

Dated this 10th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE