UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES ZIMMERMAN,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:05-cr-00241-LRH<br><br>MINUTE ORDER<br><br>September 15, 2020 |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>　NONE APPEARING　</u>　　REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>　　　NONE APPEARING　</u>

COUNSEL FOR DEFENDANT(S):  <u>　　　NONE APPEARING　</u>

**MINUTE ORDER IN CHAMBERS**:

　　　Before the court is defendant James Zimmerman's Motion for Leave to File Reply to Response (ECF No. 106) to Emergency Motion for Compassionate Release (ECF No. 105). The court having considered the filings in this matter, and good cause appearing,

　　　IT IS ORDERED that defendant's Motion for Leave to File Reply (ECF 107) is GRANTED. Counsel shall file the reply attached at ECF 107-1 within ten (10) days of the entry of this minute order.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　By:  <u>　　　　/s/　　　　</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk